UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:21-cv-80047-BER

SHEKEARA ADMORE,
    Plaintiff,

v.

HOSPICE OF PALM BEACH COUNTY, INC.,
    Defendant.
_____/

# FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the jury trial which concluded on June 9, 2022. In accordance with the verdict herein, it is hereby ORDERED AND ADJUDGED:

That Final Judgment be and hereby is entered in favor of the Defendant, Hospice of Palm Beach County, Inc.

The Court retains jurisdiction to consider all post-trial motions.

The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in this 10th day of June, 2022, at West Palm Beach in the Southern District of Florida.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE