UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case No.: 9:21-cv-80047-BER

SHEKEARA ADMORE,

    Plaintiff,

v.

HOSPICE OF PALM BEACH COUNTY, INC.,

    Defendant.

_____/

## PREVAILING DEFENDANT'S MOTION FOR FINAL JUDGMENT AS TO COSTS

Defendant, Hospice of Palm Beach County, Inc. ("Hospice"), by and through undersigned counsel and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, hereby moves for entry of a final judgment in their favor as to the costs awarded by way of this Court's Order on Motion for Bill of Costs [DE 141], to be paid by Plaintiff, Shekeara Admore ("Plaintiff"), and in support states as follows:

    1.    Plaintiff sued Hospice twice, first under the Family and Medical Leave Act (FMLA) [DE 1, case number 9:20-CV-81295] and later under the Fair Credit and Reporting Act (FCRA) [DE 35]. The two lawsuits were consolidated into a single action [DE 45].

    2.    The case proceeded to trial. The Court granted judgment as a matter of law on Plaintiff's claim under the FCRA in favor of Hospice and, on June 9, 2022, a jury unanimously returned a verdict in favor of Hospice on Plaintiff's remaining FMLA claims [DE 112].

    3.    On June 10, 2022, the Court entered final judgment in favor of Hospice, reserving jurisdiction to consider post-trial motions [DE 115].

    4.    Following the entry of judgment in its favor, Hospice timely filed its Motion for Bill of Costs [DE 125] and Memorandum in Support of its Bill of Costs [DE 126], seeking

allowable costs pursuant to 28 U.S.C. § 1920, Rule 54(d) of the Federal Rules of Civil Procedure, and Local Rule 7.3(c).

5. On September 28, 2022, this Court issued its Order Granting in Part and Denying in Part Hospice's Motion for Bill of Costs [DE 141].

6. The Court taxed costs against Plaintiff and awarded Hospice $10,093.42 in total costs, with interest to run from June 10, 2022 [DE 141].

7. Pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, Hospice requests that this Court enter a separate final judgment as to costs in its favor against the Plaintiff in the amount of $10,093.42, with interest to run from June 10, 2022, so that Hospice may proceed under Florida law with recovery of the costs to which they are entitled.

8. Attached as **Exhibit "1"** is a Proposed Final Judgment.

WHEREFORE, Defendant, Hospice of Palm Beach County, Inc., respectfully requests that this Court enter final judgment in its favor as to costs and order such further relief as the Court deems necessary and just under the circumstances.

### LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues.

Dated: October 21, 2022.

Respectfully submitted,

*/s/ Riley Kennedy*
Roger W. Feicht (Florida Bar No. 84982)
Email: RFeicht@gunster.com
Riley F. Kennedy (Florida Bar No. 124149)
Email: RKennedy@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone:  561-655-1980

ACTIVE:16242280.1