UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 21-cv-80047-BER

SHEKEARA ADMORE,

    Plaintiff,

v.

HOSPICE OF PALM BEACH COUNTY, INC.,

    Defendant.

_____/

## FINAL JUDGMENT AS TO COSTS

The Court granted in part the Motion for Bill of Costs filed by Defendant Hospice of Palm Beach County, Inc. ("Hospice"). ECF No. 141. Pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED AND ADJUDGED that a Final Judgment as to Costs is entered in favor of Hospice and against Ms. Shekeara Admore in the amount of $10,093.42, plus post-judgment interest at the governing statutory rate, calculated from June 10, 2022, for which sum let execution issue forthwith.

**DONE and ORDERED** in Chambers in West Palm Beach in the Southern District of Florida, this 7th day of November, 2022.

_____
BRUCE E. REINHART
United States Magistrate Judge

cc:  Counsel of record; *and*

    Shekeara Admore
    1220 Pine Sage Cir. West Palm Beach, FL 33409